UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE ADAMS, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action H-07-1352 |
| | § | |
| | § | |
| B & B RESTAURANTS, INC., | § | |
| Defendant. | § | |
| | § | |
| | § | |

### Final Judgment

In accordance with the court's order on summary judgment issued this day, plaintiff Michelle Adams will take nothing on her claims against B & B Restaurants, Inc. in this case. Each party shall bear its own costs.

Signed at Houston, Texas on September 4, 2008.

Stephen Wm Smith
United States Magistrate Judge

1